# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00181-CV

**RenewData Corporation, Appellant**

**v.**

**Shawn Strickler, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. GN400288, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

RenewData Corporation moves to dismiss this appeal.  We grant the motion and dismiss the appeal.


Jan P. Patterson, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed on Agreed Motion

Filed:   December 16, 2004